Paula A. Barran, OSB No. 80397
pbarran@barran.com
Barran Liebman LLP
601 SW Second Avenue, Suite 2300
Portland, Oregon  97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
Attorneys for Plaintiff Concordia University

Thomas J. Romano, OSB No. 053661
tromano@khpatent.com
David P. Cooper, OSB No. 880367
cooper@khpatent.com
Kolisch Hartwell, P.C.
520 SW Yamhill St., Ste. 200
Portland, OR  97204
Telephone:  (503) 224-6655
Facsimiile:  (503) 295-6679
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland

| | |
|---|---|
| CONCORDIA UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ZOLTAH LLC operating through the assumed business name PLAYERS TURF USA and PLAYERS TURF; and BENJAMIN ZOLFAGHARI,<br><br>Defendants. | CV. 3:12-cv-2245<br><br>STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE |

Based upon a confidential settlement agreement between Concordia University ("Plaintiff") and Zoltah LLC, operating through the assumed business name Players Turf USA and Players Turf and Benjamin Zolfaghari ("Defendants"), and it appearing that all claims of Plaintiff Concordia University have been fully compromised and settled,

Page 1 – STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice and without costs or attorneys' fees to any party.

DATED this 16th day of May 2013.

_____
Magistrate Judge Dennis J. Hubel
U.S. District Judge

IT IS SO STIPULATED:

| BARRAN LIEBMAN LLP | KOLISH HARTWELL, P.C. |
|---|---|
| *s/Paula A. Barran* | *s/David P. Cooper* |
| By_____ | By_____ |
| Paula A. Barran, OSB No. 80397<br>pbarran@barran.com<br>Telephone: (503) 228-0500<br>Attorneys for Plaintiff | Thomas J. Romano, OSB No. 053661<br>tromano@khpatent.com<br>David P. Cooper, OSB No. 880367<br>cooper@khpatent.com<br>Telephone: (503) 224-6655<br>Attorneys for Defendant |

Page 2 – STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

00328839.1

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May 2013, I served the foregoing **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** on the following parties at the following addresses:

Thomas J. Romano
David P. Cooper
Kolisch Hartwell, P.C.
520 SW Yamhill St., Ste. 200
Portland, OR 97204

by the following indicated method(s) set forth below:

- ☒ **Electronic Filing using the Court's ECF System**
- ☐ **Email**
- ☐ **Facsimile**
- ☐ **First-class mail, postage prepaid**
- ☐ **Hand-delivery**
- ☐ **Overnight courier, delivery prepaid**

*s/Paula A. Barran*
_____
Paula A. Barran

Page 3 – STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

00328839.1

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212